UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

BEYALET HUSSAIN

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __BEYALET HUSSAIN_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X** Bail/Detention Hearing

___ Conference Before a Judicial Officer

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
**BEYALET HUSSAIN**
Print Defendant's Name

Defendant's Counsel's Signature

**MARK GOMBINER**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

02/18/2020
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge